# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AGUSTIN GOROSAVE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No. 08-cr-4429 DMS<br>Civil Case No. 16-cv-1511 DMS<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

On June 17, 2016, Petitioner Carlos Agustin Gorosave filed a Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, challenging his sentence in light of the recent Supreme Court decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). On March 1, 2017, this Court issued an order denying Petitioner's motion. The Court held bank robbery under 18 U.S.C. § 2113(a) remains a crime of violence under U.S.S.G. § 4B1.2(a)(1). On March 3, 2017, Petitioner filed a Motion for Certificate of Appealability, contending "reasonable jurists" could find the question of whether bank robbery remains a crime of violence.

A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists

1  could conclude the issues presented are adequate to deserve encouragement to
2  proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v.*
3  *McDaniel*, 529 U.S. 473, 484 (2000).

4        Petitioner has not demonstrated that reasonable jurists could find debatable
5  this Court's denial of Petitioner's motion.  On March 6, 2017, the United States
6  Supreme Court issued a decision in *Beckles v. United States*, No. 15-8544, 2017 WL
7  855781, at *9 (U.S. Mar. 6, 2017), holding "that the advisory Sentencing Guidelines
8  are not subject to a vagueness challenge under the Due Process Clause and that §
9  4B1.2(a)'s residual clause is not void for vagueness."  Therefore, *Johnson* does not
10 apply to the Career Offender Guidelines, and bank robbery under § 2113(a) remains
11 a crime of violence under § 4B1.2.  Accordingly, Petitioner's motion for a certificate
12 of appealability is denied.

13       **IT IS SO ORDERED.**
14 Dated:  March 7, 2017

Hon. Dana M. Sabraw
United States District Judge